PONTIUS v. BOWMAN BROS. ET AL.

1. **Intoxicating Liquors:** NUISANCE: ABATEMENT. *Littleton v. Fritz,* 65 Iowa, 488, followed.

*Appeal from Marshall District Court.*

FRIDAY, APRIL 24.

THIS is an action in equity in which the plaintiff seeks to restrain the defendants from keeping and maintaining a nuisance. A temporary injunction was prayed, and it was granted by the district court. The defendants appeal.

*Blum & Blum,* for appellants.

*Caswell & Meeker,* for appellee.

ROTHROCK, J.—This case involves the same questions which were determined by this court in the case of *Littleton v. Fritz,* 65 Iowa, 488. Following that case, the decree and order in this case are

AFFIRMED.